**No. 50818.**—Protests 985135–G, etc., of International Grape Products Co. Inc. (New York).

208

Opinion by Keefe, J. At the trial it was stipulated that the merchandise consists of vegetable coloring similar in all material respects to that the subject of Abstract 49180. In accordance therewith the claim at 15 percent under paragraph 38 was sustained.